05-40074

**Affidavit in support of Complaint under the**
**Civil Rights Act , 42 U.S.C. Section 1983**

I Anthony Tony Smith, being duly sworn, deposes and says:

1. I arrived at Otisville on August 27, 2003.

2. On September 2003, I went to A&O, and was told I will be placed on a waiting list for school.

3. From that time I was being told, as you may see in my administrative remedy, that I would be given a literacy test by Audio Tape.

4. My name came up for the literacy test six (6) times, and everytime I went to take it, I was told that they did not purchase the Audio.

5. Regional Counsel, Henry J. Sadowski claims that if I was there longer at F.C.I. Otisville I would have been given the test, as well as the other visual equipment that I have requested, as evident in my administrative Remedy to the Federal Bureau of Prison (F.B.O.P).

6. Infact, rather than honoring the request, I was placed on a transfer list to F.M.C. devens on June 24, 2004.

7. I arrived at the F.M.C. Devens on February 17, 2005, where to date I have not received any Educational Schooling and Visual Aids, because they do not have any such facilities to accomodate my visual impairment.

8. I am now placed on another waiting list, at another facility, 28 months after my sentence.

9. Instead of dealing with my situation, the "FBOP" have passed around to ignore my disability and make my Imprisonment very difficult, unbearable and draconian.

9. This flagrant infliction of "Cruel and Unusual Punishment" violates my rights of Due Process, Equal Protection, Fundamental Fairness pursuant to the Fifth, Eight and Fourteen Amendments of the United States Constitution, and the American Disability Act, Title 42 U.S.C. Section 12132.

10. Without said devices I am unable to read my legal mail, personal correspondence which has denied access to the courts and the inability to effectively communicate with my family.

-1-

11. The failure of the FBOP to have addressed my grave distress
    is absolutely prejudicial and unscrupolous. Regional Counsel,
    Henry J. Sadowski, decided to decline any relief in this
    cause by his univestigated decision, contrary to the findings
    of Dr. Punim recommendation dated March 2, 2004, for visual
    Aids, as well as the recommendation form the Commission
    for Blind and Visual impaired dated February 23, 2003.

12. The Petitioner prays that this Honorable Court grant the
    appropriate relief in the interest of justice, due process
    and equal protection, and for any such other relief that
    may be just or proper in this cause.

Respectfully submitted.

Dated: 05 - 09 - 05

Anthony Tony Smith
Reg. 04851-082
FMC Devens
P.O. Box 879
Ayer, MA 01432

-2-