**05-40074**

IN FORMA PAUPERIS DECLARATION

_____
[Insert appropriate court]

Anthony Smith
(Petitioner)

v.

Federal Bureau of Prisons
(Respondent(s))

DECLARATION IN SUPPORT
OF REQUEST
TO PROCEED
IN FORMA PAUPERIS

I, Mr Smith, declare that I am the petitioner in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefor, I state that because of my poverty, I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to relief.

1. Are you presently employed?    Yes ☐    No ☑
    a. If the answer is "yes," state the amount of your salary or wages per month, and give the name and address of your employer.
    _____

    b. If the answer is "no," state the date of last employment and the amount of the salary and wages per month which you received.
    N/A

2. Have you received within the past twelve months any money from any of the following sources?
    a. Business, profession or form of self-employment?    Yes ☐    No ☑
    b. Rent payments, interest or dividends?    Yes ☐    No ☑
    c. Pensions, annuities or life insurance payments?    Yes ☐    No ☑
    d. Gifts or inheritances?    Yes ☐    No ☑
    e. Any other sources?    Yes ☐    No ☑

    If the answer to any of the above is "yes," describe each source of money and state the amount received from each during the past twelve months.
    _____

3. Do you own cash, or do you have money in checking or savings account?
    Yes ☐    No ☑    (Include any funds in prison accounts.)
    If the answer is "yes," state the total value of the items owned. _____

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?
    Yes ☐    No ☑
    If the answer is "yes," describe the property and state its approximate value. _____

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support. None

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct. Executed on _____ (date).

Anthony Mony Smith
Signature of Petitioner

Certificate

I hereby certify that the movant herein has the sum of $ 0.82 on account to his credit at the FMC Devens institution where he is confined.
I further certify that petitioner likewise has the following securities to his credit according to the records of said A. Smith institution: FMC Devens

_____
J. Veisc / h~ C.O.
Authorized Officer of Institution

(Amended, effective August 1, 1982; effective December 1, 2004.)

### All Transactions

| | |
|---|---|
| Inmate Reg #: | 04851082 |
| Inmate Name: | SMITH, ANTHONY |
| Report Date: | 05/09/2005 |
| Report Time: | 2:39:31 PM |
| Current Institution: | Devens FMC |
| Housing Unit: | JCC |
| Living Quarters: | J01-111L |

| Date/Time | User Id | Transaction Type | Amount | Ref# | Payment# | Balance |
|---|---|---|---|---|---|---|
| 5/5/2005 5:50:57 PM | DEV3008 | Sales | ($17.85) | 70 | | $0.82 |
| 5/4/2005 10:08:43 AM | DEV2006 | Payroll - IPP | $14.40 | 5JV093 | | $18.67 |
| 4/5/2005 10:22:50 AM | DEV2007 | Payroll - IPP | $4.08 | 5JV081 | | $4.27 |
| 2/18/2005 3:34:22 AM | SENTRY | Transfer - In from TRUFACS | $0.19 | TX021805 | | $0.19 |

1

The Forma Pauperis is supported by the Financial Statement in the Inmate Trust Account. This Account is the only Account of any Income and Financial Transactions for the Period Herein. The Financial Information is only Retrievable from the Time of Arrival at F.M.C. Devens which was Feb 17, 2005.

I swear that the Statements are True and Correct. This Statements are made under the Penalty of Perjury 18 U.S.C. Section 1746.

*Anthony Tony Smith* (signature)