IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
BOSTON DIVISION

ANTHONY TONY SMITH,

    Plaintiff,

vs.

FEDERAL BUREAU OF PRISONS,

    Defendants.

Case No. 05-40074 NMG

MOTION REQUESTING
SUMMARY JUDGMENT

NOW COMES, the plaintiff, Anthony Tony Smith, through pro se, hereby files this pleading in the district court requesting summary judgment. The plaintiff argues that the defendants have not nor cannot provide evidence by way of an affidavit or evidentiary materials " show that there is no genuine issues as to any material fact and that the moving party is entitled to a judgment as a matter of law." Thus, the plaintiff believes that this Court should grant this motion and provide him the relif asked.

Wherefore, for the foregoing reasons the plaintiff request an order from this Court consistent with the above.

Dated: This ___1___ day of ___AUG___, 2005.

Respectfully submitted,

Anthony Tony Smith