# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

 Anthony Smith,
              **Plaintiff**

    **V.**

 Federal Bureau of Prisons,
              **Defendant**

**CIVIL ACTION**

**NO.  05-40074-NMG**

## ORDER OF DISMISSAL
### January 6, 2006

 Gorton,  D. J.

    In accordance with Petitioner's failure to comply with the Court's Memorandum & Order (Docket No. 5),  directing Petitioner to submit: (1) the $250 filing fee; or (2) a completed application to process without prepayment of fees,  it is hereby ORDERED that the above-entitled action be and hereby is dismissed without prejudice.

/s/ Nathaniel M. Goroton,
**United States District Judge**